# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HUNTER KEYSTONE PETERBILT, L.P.,   )
                                    )
       Plaintiff,                )
                                    )   2:18-cv-00041
       v.                       )
                                    )
ACTION EXPEDITING, INC.,            )
                                    )
       Defendant.                )

Hearing Type:   Telephonic Status Conference

Date:   February 21, 2018

Before:   Judge Mark R. Hornak

| Counsel for Plaintiff | Vaughn Schultz |
|---|---|
| Counsel for Defendant | John Jacko |
| Court Reporter | Deborah Rowe |
| Law Clerk | Alysha Bohanon |
| Start time | 9:00 AM |
| End time | 9:21 AM |

**SUMMARY OF PROCEEDINGS:**

The Court held this telephonic status conference to discuss the Court's jurisdiction over the case and proper venue. An appropriate Order will issue.